# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**SUSAN M. SMALLEY**
CHIEF U.S. PROBATION OFFICER

April 20, 2022

**U.S. COURTHOUSE**
50 WALNUT ST.
ROOM 1001
NEWARK, NJ  07102
(973) 645-4240
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Kevin McNulty
United States District Judge
Two Federal Square, Room 417
Newark, New Jersey 07101

RE: Healy, Candice
Docket No.: 2:15CR00335-001

**REPORT ON INDIVIDUAL UNDER SUPERVISION**

Dear Judge McNulty:

On November 29, 2017, the above mentioned was sentenced by Your Honor to an imprisonment term of 80 months, to be followed by three (3) years of supervised release for Conspiracy to Distribute Controlled Substance.  Healy was ordered to pay a $100 special assessment and abide by the special condition of Alcohol/Drug Testing and Treatment.  On January 13, 2022, supervision commenced in the Eastern District of New York based on residency.

On February 1, 2022, Healy reported to the Eastern District of New York, U.S. Probation Office and was seeking Suboxone.  She asked how she could refill her prescription and self-reported she became addicted during her term of imprisonment.  Healy was directed not to obtain Suboxone on her own and was referred to TriCenter, an outpatient drug treatment facility located in Brooklyn, New York.  TriCenter prescribed Suboxone and she has reportedly been taking it as directed; they are working on a plan to safely wean her off the substance.

On February 7, 2022, the probation officer received correspondence from Bureau of Prisons advising that Healy sent an e-mail to Chris Cole, a Unit Manager in the Federal Detention Center in Philadelphia, looking to get in contact with another inmate, Tamika Ritter, and asking the status of her well-being.  The probation officer questioned Healy about the contact, and she reported that she was Ritter's girlfriend while in custody and reached out because she hadn't heard from her in a few days.  The probation officer directed Healy to stop communicating with Ritter, to which she agreed.  Chris Cole confirmed Healy has not attempted any further contact with Ritter.

On March 9, 2022, Healy tested positive for alcohol.  When the probation officer questioned her about the matter, she reported she was spending time with a friend the night prior and drinking alcohol.  The probation officer reprimanded Healy for consuming alcohol while in substance use treatment and cautioned further use may result in a violation.  Healy advised she understood, and all subsequent drug test taken have been negative.  Healy's counselor reported that she has been compliant in treatment thus far.

*Prob 12A Cover Letter*
*Candice Healy   page 2*

In March 2022, Healy moved in with her mother in Flushing, New York and currently works full time at a hotel as a receptionist.  She is also enrolled in college online with California Coast University and is pursuing an associate degree in psychology.  Healy also satisfied her special assessment.

The Eastern District of New York, U.S. Probation Office is respectfully requesting for no formal court action to be taken at this time.  Furthermore, they are respectfully requesting for a Transfer of Jurisdiction based on Healy's residency in New York, and for all future non-compliance to be addressed in their district.

Should the Court agree with our recommendation, we respectfully request that Your Honor review and sign the attached Probation Form 12A and Form 22, transferring jurisdiction.  If Your Honor wish to discuss this matter, Supervising U.S. Probation Officer Elisa Martinez can be reached at (973) 445-8519.

            Respectfully submitted,

            SUSAN M. SMALLEY,
            Chief U.S. Probation Officer

            *Elisa Martinez*

            By: ELISA MARTINEZ
               Supervising U.S. Probation Officer

/ bm

PREPARED BY:

*Brendan G. Murillo*    *04/20/2022*
BRENDAN G. MURILLO    Date
U.S. Probation Technician

PROB 12A
(6/21)

# United States District Court

for

District of New Jersey

Report on Individual Under Supervision

Name of Individual Under Supervision: Candice Healy  Cr.: 15-00335-001
PACTS #: 416629

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/29/2017

Original Offense:   Conspiracy to Distribute Controlled Substance, 21 U.S.C. § 846 [21 U.S.C. § 841 (a)(1) and (b)(1)(C)]

Original Sentence: 80 months imprisonment, 36 months supervised release

Special Conditions: $100 - Special Assessment, and Alcohol/Drug Testing and Treatment

Type of Supervision: Supervised Release    Date Supervision Commenced: January 13, 2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the special condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'** <br><br> On March 9, 2022, Healy tested positive for alcohol. She reported she was spending time with a friend the night prior and drinking alcohol. |
| 2 | The individual under supervision has violated the standard condition which states **'You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer'** <br><br> On February 7, 2022, the probation officer received correspondence from Bureau of Prisons advising that Healy sent an e-mail to Chris Cole, a Unit Manager in the Federal Detention Center in Philadelphia, looking to get in contact with another inmate, Tamika Ritter. |

Prob 12A – page 2<br>Candice Healy

**U.S. Probation Officer Action:**

The Eastern District of New York, U.S. Probation Office is respectfully requesting for no formal Court action to be taken at this time. Healy has stopped communicating with Tamika Ritter and is compliant with drug treatment. The Probation Office will continue to monitor Healy's substance abuse and engagement in her treatment program.

Respectfully submitted,

SUSAN M. SMALLEY,
Chief U.S. Probation Officer

*Elisa Martinez*

By:  ELISA MARTINEZ
Supervising U.S. Probation Officer

/ bm
PREPARED BY:

*Brendan G. Murillo*          *04/20/2022*
BRENDAN G. MURILLO            Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

/s/ Kevin McNulty
Signature of Judicial Officer

4/20/2022
Date